1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail _steven_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff  KAREN COOPER-BELANGER
6

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| KAREN COOPER-BELANGER, | No. 2:14-cv-0533 DAD |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE DALE A. DROZD, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Karen Cooper-Belanger ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to September 30, 2014; and that Defendant shall have until October 30, 2014, to file his opposition.  Any reply by plaintiff will be due November 6, 2014.

An extension of time is needed because Plaintiff's Counsel's Spouse receives weekly chemotherapy treatment for her Stage IV breast cancer which metastasized initially to her liver and continues to progress there and in her lungs, throat, and spine.  Counsel requires the additional time to file the Opening Brief to allow him to devote the appropriate time to assist his Spouse and his two elementary school aged children through this obviously stressful experience.   Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: August 25, 2014          Respectfully submitted,

                               LAW OFFICES OF LAWRENCE D. ROHLFING

                                    /s/ *Steven G. Rosales*
                               BY: _____
                               Steven G. Rosales
                               Attorney for plaintiff KAREN COOPER-BELANGER

DATED:  August 25, 2014        BENJAMIN WAGNER
                               United States Attorney


                               */S/- Chantel Jenkins

                               _____
                               Chantel Jenkins
                               Special Assistant United States Attorney
                               Attorney for Defendant
                               [*Via email authorization]

# **ORDER**

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including September 30, 2014, in which to file Plaintiff's Motion for Summary Judgment or Remand; Defendant may have an extension of time to October 30, 2014 to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due November 6, 2014.

Dated:  August 29, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
belanger0533.stip.eot.ord.doc