Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  KAREN COOPER-BELANGER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| KAREN COOPER-BELANGER, | No. 2:14-cv-0533 DAD |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE DALE A. DROZD, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Karen Cooper-Belanger ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to December 9, 2014; and that Defendant shall have until February 6, 2015, to file his opposition.  Any reply by plaintiff will be due February 16, 2015.

A second extension of time is needed because Plaintiff's Counsel's Spouse undergoes chemotherapy treatment for her Stage IV breast cancer which metastasized initially to her liver and continues to progress there and in her lungs, throat, and spine which required recent hospitalization to treat.  Counsel requires the additional time to file Plaintiff's Motion for Summary Judgment or Remand to allow him to devote the appropriate time to assist his Spouse and his two elementary school aged children through this obviously stressful experience.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff

DATE: October 2, 2014              Respectfully submitted,

                                   LAW OFFICES OF LAWRENCE D. ROHLFING

                                          /s/ *Steven G. Rosales*
                                   BY: _____
                                   Steven G. Rosales
                                   Attorney for plaintiff KAREN COOPER-BELANGER


DATED:  October 2, 2014            BENJAMIN WAGNER
                                   United States Attorney



                                   */S/- Jeffrey T. Chen

                                   _____
                                   Jeffrey T. Chen
                                   Special Assistant United States Attorney
                                   Attorney for Defendant
                                   [*Via email authorization]

# **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: October 6, 2014

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\belanger0533.stip.eot.ord2.doc