Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  KAREN COOPER-BELANGER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| KAREN COOPER-BELANGER, | ) No. 2:14-cv-0533 DAD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO |
| vs. | ) EXTEND BRIEFING SCHEDULE |
| | ) |
| CAROLYN COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant | ) |

TO THE HONORABLE DALE A. DROZD, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Karen Cooper-Belanger ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to December 30, 2014; and that Defendant shall continue to have until February 6, 2015, to file his opposition. Any reply by plaintiff will continue to be due February 16, 2015.

-1-

A final extension of time for plaintiff is needed in order to properly address the issues within the administrative record. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff

DATE: December 29, 2014     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff KAREN COOPER-BELANGER

DATED: December 29, 2014     BENJAMIN WAGNER
United States Attorney


*/S/- Jeffrey T. Chen

_____
Jeffrey T. Chen
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: January 5, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\belanger0533.stip.eot.ord3.doc