BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KAREN AGATHA COOPER BELANGER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ─────────────────────────────────── ) | No. 2:14-cv-00533-DAD <br><br> **STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 45 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because of a heavy workload despite due diligence and because of a recent illness that caused him to miss time from the office.

/////

/////

1

The new due date for Defendant's motion for summary judgment will be Monday, March 23, 2015.

Respectfully submitted,

Date: *February 6, 2015*                STEVEN ROSALES

                              By:    */s/ Steven Rosales*
                                     STEVEN ROSALES
                                     * *By email authorization on Feb. 6, 2015*
                                     Attorney for Plaintiff

Date: *February 6, 2015*                BENJAMIN B. WAGNER
                                        United States Attorney

                              By:    */s/ Jeffrey Chen*
                                     JEFFREY CHEN
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  February 9, 2015

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
belanger0533.stip.eot.ord4.doc

2